DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ABDELHADI ZOUHAIRI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-0797
_____

May 1, 2024

Appeal from the County Court for Pinellas County; Cathy McKyton and
Brett J. Szematowicz, Judges.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs
Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.